IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration*, et al.,* <br><br> *Defendants*. | No. |

### DECLARATION OF ELIZABETH ROUSE

I, Elizabeth Rouse, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in ███████.

4. I have been legally blind since I was born.

5. I have been a member of the National Federation of the Blind ("NFB") since 2016.

6. Being an active member of the NFB community matters to me. I currently sit on the board of the National Federation of the Blind of ███. I am the Secretary of my local chapter of the NFB: the ███████████. I am also a board member of the National Association of Blind Lawyers and the Secretary for the NFB's Performing Arts Division.

7. I work part time as a paraprofessional in a 5th and 6th grade classroom at a private Christian school nearby. I also work part time at the Iowa Parent Training and Information Center,

helping people navigate the special education system, Medicare and Medicaid applications, and otherwise helping parents of kids with disabilities.

8. I signed up for Supplemental Security Income ("SSI") benefits just after I turned 18 years old and started receiving benefits in August or September of 2016. Today, I no longer receive SSI, but I receive both Social Security Disability Insurance ("SSDI") and Medicare. Prior to receiving Medicare, my SSDI benefits totaled $1223 per month. With the 2025 cost-of-living adjustment, they increased to $1254 for the month of January. Now that I receive Medicare coverage, as of February 2025, my monthly benefit comes out to $1069.

9. My nearest SSA office is in ▮▮▮▮▮▮▮▮, about a 20 to 25 minute drive from where I live. Because I cannot drive, I have to make sure my mom and I can both get time off of work to drive to the SSA office whenever I need to go. Given the wait times we typically experience in the SSA office, I usually account for at least two hours to get to the office, have the meeting, and return home.

10. I routinely wait between 40 minutes or an hour for service at my local field office. Usually there are only two people working the windows where they hold conversations, and usually there are between 10 and 15 people waiting at any given time.

11. My local SSA office cannot keep pace with the needs of its local customers. For example, on one occasion, I called SSA to ask about submitting my paystubs to support my claims. When someone finally answered, she helped me solve the issue I was having, at which point I asked for her name and direct extension so I could reach her in the future when I have questions. She gave me her information, which is when I discovered she did not actually work at the ▮▮▮▮▮▮▮ SSA office, but a completely separate office elsewhere in ▮▮▮. The agents in ▮▮▮▮▮▮▮ routed my call to her because they had too many callers to handle.

2

12. I call SSA several times per year because I prefer to speak with an agent than to try navigating SSA's online portal and policies or visiting a field office in person. SSA's website is not very user friendly and requires several security authorizations before I can access my account.

13. I usually try to call SSA when I know I will have the time to wait. Sometimes I have waited on the phone for an hour or 90 minutes before I give up and hang up.

14. In my experience, my calls to SSA are only answered by an agent between 60 or 70 percent of the time.

15. On one occasion, I got through to an agent named Tim who I thought was particularly helpful. I asked for his direct extension so I could call him with questions in the future. Once I got his contact information, I started calling him instead of the SSA office's main line. I would wait upwards of two or three weeks for him to call me back and answer my questions.

16. I have worked with a consultant through the NFB to help me understand my benefits and prior eligibility for SSDI.

17. I want to work to save up money because I want to live independent from my parents someday. Losing access to my benefits or facing interruptions in my benefit payments means I am further away from my goal of living on my own.

I declare under penalty of perjury that the foregoing is true and correct.

3/26/2025
Date

*Elizabeth Rouse* (Signed by)
DB8EEF650658492...
Elizabeth Rouse