IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration*, et al.*, <br><br> *Defendants*. | No. |

### **DECLARATION OF TREVA OLIVERO**

I, Treva Olivero, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in ▊▊▊▊▊▊▊▊▊. I recently moved from Louisiana to be closer to family, given the needs of my health.

4. I am ▊ years old.

5. I have been legally blind for my whole life.

6. I have been a member of the National Federation of the Blind ("NFB") since 2002. I joined because I felt that, as a collective group, we could advocate better for each other than I was able to do on my own. The NFB has been a tremendous resource to me in my life, and I volunteer my time with them as much as I can. Currently, I serve as the Vice President of the NFB of Louisiana.

7. I applied to receive SSDI around 2011 or 2012. Prior to that time, I worked two jobs to support myself. I decided to leave work to get blindness skills training and get my Master's degree in Louisiana. Because I would have no income, I sought out benefits from the Social Security Administration ("SSA").

8. When I first started receiving SSDI, my monthly benefits amounted to $1400 or so. By 2024, with SSA's cost-of-living increases, my monthly benefits came out to around $1600.

9. In March of 2024, SSA determined that I had an overpayment, meaning that SSA paid me more than I was eligible for because my income exceeded the asset limit. Because they did not catch this alleged error early enough, SSA claims that I have been receiving overpayments for around five or six years.

10. SSA told me that, due to the overpayments, I owe it over $100,000. I will never be able to pay back that amount of money. Because of my health, I am no longer able to work at all.

11. The last check I received was in March 2024, and they shut off my Medicare coverage in September 2024. As of today, I have no income, and I have no health insurance.

12. I am trying to get my SSDI payments reinstated. I tried to contest the termination of my SSDI and Medicare benefits, but SSA told me I had to start from square one and reapply.

13. I applied for benefits again in December 2024. The application was a long process and it was all online. My brother-in-law helped me complete it all. Some parts were confusing, and we had to call SSA to understand what the application was asking about.

14. I am working with a consultant from the NFB to help me manage my benefits. The NFB consultant advises me about SSA's policies, how the SSDI application process works, and what questions to ask when I speak with SSA representatives about my application.

15. I was originally scheduled for an interview with SSA for my SSDI benefits in late December 2024. My appointment ended up getting cancelled by SSA and postponed until the end of January. When I had the appointment, the SSA agent stated that they would work as quick as they could to get my benefits reinstated, but that it still could take between six and nine months to complete the process.

16. In mid-March 2025, I had an ophthalmology appointment to re-confirm my blindness for purposes of my SSDI application.

17. When I lived in Louisiana, my local SSA office was in Rustin, which is in Lincoln Parish. The Rustin office was about 15 minutes by car from where I lived. If I had to go, I would take a taxi or Uber to get there. My next closest office was in Monroe, Louisiana. That office was about 45 minutes away from me by car.

18. I had a lot of troubles working with the SSA office. Because I need to arrange for transportation to the office, I wanted to schedule an appointment. They would not allow me to schedule an appointment. I tried calling my case manager over the phone several times and left her messages about needing to speak with her, but she never returned my calls. At one point, I gave up and walked in to speak with someone at the office.

19. I got there before the Rustin office opened. I was second in line when I arrived. I took a number and waited for half an hour before anyone could see me.

20. Staff at the Rustin office seemed too burnt out to be helpful. They could not explain why my benefits had been cut off in 2024, no matter how many people I asked. I asked for a meeting with my case manager, which the agent refused to schedule. I asked them about how my benefit repayment would be impacted by the COVID-era SSA policy that back pay was not required during the height of the pandemic. The agent had no idea what I was talking about.

21. I have had substantially similar experiences with the Rustin SSA office each time I have gone in to ask questions.

22. In Indiana, my local office is in Elkhart County. That office is about a half-hour drive from where I live now. When I need to go, my sister drives me. There is no public transit where I live.

23. I typically wait at least a half hour on the phone before a SSA agent answers, or before I am sent to a voicemail box. Even though dealing with SSA's phone line is cumbersome, it is by far my preferred method of interacting with SSA. Because the online system is not user-friendly and getting to an office requires me to jump through a lot of logistical hoops, being able to pick up the phone and speak to someone is an essential mechanism for me to be able to manage my SSA benefits. In addition, as with my SSDI application, even if I do choose to use the online portal to manage my benefits, I often have to call SSA for help navigating the website anyway.

24. If SSA cuts its personnel volume dramatically, I am certain that the poor service I have received over the phone and in person is only going to further deteriorate. And without the option of being able to make transactions over the phone, I will be forced to go in person to a SSA office for tasks and questions I previously could have managed at home.

25. Receiving benefits is critical to help me sustain myself. Prior to my move, I lived in a room in a shared house where my rent was approximately $600 per month. Because I am no longer able to work, and because of my health issues, I have had to move in with my sister in Indiana. Beyond my lack of income to live independently, I also rely on benefits to help pay for medical care, both for out-of-pocket medical expenses and for insurance coverage through Medicare. Because of some medical care I had to receive this past fall, I have two huge outstanding medical bills: one for $10,000, and another for $69,000. Though I am now enrolled in Indiana's

Medicaid program, I am still unable to pay back those debts. Furthermore, Indiana Medicaid does not cover certain costs, like the wound care supplies I require. I paid about $200 out of pocket for wound care supplies.

26. The recent cuts to SSA staff and field offices threaten my life and livelihood. I have already spent hours of my life on the phone and in line at my local field office. Any worse customer service would effectively be a total bar on my ability to manage my application for benefits. Furthermore, if there are fewer SSA staff available to help process my case, I cannot imagine how much longer it could possibly take to process cases like mine.

I declare under penalty of perjury that the foregoing is true and correct.

3/31/2025

Date

Signed by:

*Treva Olivero*

76CA8A42EDEF4FF...

Treva Olivera