IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*,

    *Plaintiffs*,

v.

LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration, *et al.*,

    *Defendants*.

No.

## **DECLARATION OF MAX RICHTMAN**

I, Max Richtman, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in ▮▮▮▮▮▮▮▮.

4. I am the President of the National Committee to Preserve Social Security and Medicare ("NCPSSM"), a role I have served in since 2011.

5. The NCPSSM is a nonpartisan, nonprofit 501(c)(4) membership organization made up of concerned citizens, the majority of whom are senior citizens and people with disabilities.

6. NCPSSM acts in the best interests of its members through advocacy, education, services, media relations, grassroots efforts, and the leadership of the Board of Directors and professional staff.

7. NCPSSM was founded in 1982 to serve as an advocate for the landmark federal programs of Social Security and Medicare and for all Americans who seek a healthy, productive and secure retirement.

8. The mission of the NSPSSM is to protect, preserve, promote, and ensure the financial security, health, and the well being of current and future generations of maturing Americans.

9. According to our organization's latest figures, NCPSSM has about half of a million members nationwide and approximately 2 million supporters. Members are dues-paying contributors, whereas supporters do not pay dues, but contribute to the organization's mission with their time. All of our members and supporters contributed to Social Security during their working lives. The vast majority of our members and supporters receive benefits from the Social Security retirement program. Many of NCPSSM's members rely on Supplemental Security Income ("SSI") and Social Security Disability Insurance ("SSDI"). Nearly all of them are covered by Medicare.

10. NCPSSM has been hearing from members concerned about substantial, disruptive problems with accessing their Social Security benefits because of the Social Security Administration's ("SSA") drastic cuts. Members are concerned about their ability to transact business with SSA online due to their limited access to, and fluency with, the internet, obstructing their access to receiving benefits. SSA personnel have either failed to respond to members' inquiries or cannot provide the same services anymore due to the closures of the Office of Civil Rights and Equal Opportunity ("OCREO") and the Office of Transformation, in addition to the shuttering of—and announced plans to shutter—many physical SSA locations nationwide. And because SSA has only provided sparse, contradictory, and incomplete information to Social

Security beneficiaries, NCPSSM's members feel unstable and ill-equipped to make decisions about their benefits, like whether to seek private disability insurance in the wake of these cuts.

11. When people with disabilities, including aging people, are unable to receive their Social Security benefits, they lose a primary source of income for healthcare, rent, groceries, and gas. Without it, NCPSSM's members are more likely to face eviction, go hungry, ration prescription medication, and miss appointments.

12. With the closure of OCREO, people with disabilities have no personnel to field their requests for reasonable accommodation. The right to these accommodations is protected under federal law. The demolition of OCREO without a plan to fully and immediately transfer its responsibilities to another SSA component is a direct affront to their civil rights.

13. By closing offices near NCPSSM members, the SSA will make it exceedingly more difficult for them to manage their benefits. People with disabilities and elderly people are not able to travel as easily as others, especially long distances, and will have to rely on friends, family, neighbors, paratransit systems, or other means of transport to drive them to far-away appointments.

14. In addition, by imposing policies that require identity verification and other actions to be taken in-person or online, SSA is, at the same time, increasing the need for field offices to be able to provide these services. Because elderly people and people with disabilities have less access to, and fluency with, the internet, they will be forced to rely on already-overburdened field offices.

15. Because the SSA's actions disproportionately impact NCPSSM's members, these component closures directly implicate NCPSSM's mission and purpose as an organization. The NCPSSM has a strong interest in ensuring that its members with disabilities have timely access to their benefits and have an avenue by which they may redress their grievances with the SSA, especially when their grievances pertain to discrimination.

Docusign Envelope ID: 4CE6D030-9068-42D6-816F-743F3AC1F0DE

Case 1:25-cv-00977   Document 2-12   Filed 04/02/25   Page 4 of 5

16. One of NCPSSM's mission-based activities is to assist members in navigating the complex web of SSA benefits, managing those benefits, and ensuring they have accurate, accessible information available to them with respect to their benefits. Defendants' discriminatory conduct thus frustrates the NCPSSM's mission.

17. Moreover, the NCPSSM has been forced to divert resources from its core activities to combat this discrimination. The NCPSSM has limited resources and budget to assist people with Social Security benefit issues. When our members have difficulties with SSA, they call NCPSSM. As SSA makes it more difficult to access services, while offering little or no information on alternatives, the NCPSSM will need to expand its resources dedicated to this effort, and concomitantly reduce resources dedicated to other mission priorities, including lobbying activities, such as submitting testimony at congressional hearings, meeting with members of Congress and their staff, sending letters to representatives on pending legislation, writing issue briefs on current legislation, and participating in virtual and in-person congressional town hall meetings.

18. NCPSSM spends $5,732,747 every year advocating for various policies, programs, and benefits that will have a material benefit to people with disabilities and aging people.

19. Around 40 percent of NCPSSM's annual budget over the last five years has been dedicated to advocacy for better policies, programs, and benefits in the SSA.

20. Because of the SSA's dissolution of OCREO and the Office of Transformation, elimination of physical offices, staff cuts, and policies forcing people to go to SSA offices in person, NCPSSM will have to dedicate a substantially greater amount of money on these issues every year to adequately represent the interests of our constituents in the wake of this loss.

21. This diversion of resources detracts from NCPSSM's ability to fight for other critical issues affecting its constituents, such as Medicare and Medicaid benefits, long-term care, prescription drug prices, Older Americans Act programs, wage and employment equity, and payroll taxes.

22. Furthermore, the eradication of these offices and termination of thousands of SSA employees will frustrate NCPSSM's mission and directly interfere with its core business activities.

23. These core activities include providing information to and answering inquiries about the Social Security program and the administration of its members' benefits by SSA. It includes policy advocacy, drafting legislation, grassroots organizing, media relations, and community education about economic policy and Medicare and Medicaid, as well as other non-SSA topics.

24. Thus, Defendants' conduct has perceptibly impaired the NCPSSM's mission.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/1/2025

DocuSigned by:
Max Richtman
42F21804414B41A...

Max Richtman