IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration*, et al.*, <br><br> *Defendant*. | No. |

## DECLARATION OF LORI SMETANKA

I, Lori Smetanka, declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I reside in ███████████████████████.

3. I am the Executive Director of the National Consumer Voice for Quality Long-Term Care ("Consumer Voice").

4. Consumer Voice is a national nonprofit membership-based organization representing consumers receiving long term care and services in nursing homes, assisted living facilities, and home and community-based settings.

5. I have been the Executive Director for 9 years.

6. Consumer Voice's membership encompasses all residents of long-term care facilities, plus more than 500 others representing families, friends, consumer advocates, long-term care ombudsmen, and others pursuing quality long-term care.

7. Virtually all of our members rely on the Social Security Administration for some form of benefit - from retirement benefits to disability benefits to Medicare related services.

8. Consumer Voice supports members in their right to manage their finances. Many members are capable of managing their finances and want to do so.

9. Our members face significant challenges accessing the Social Security Administration, which are growing daily.

10. For example, recently announced policy changes that require in person visits to the Social Security office instead of using the telephone, will create havoc for many members. Because of a lack of readily available and accessible transportation in many nursing facilities and assisted living facilities, members often cannot physically go to Social Securities field offices to address issues with the benefits or make claims. Many don't have regular visitors or family that can take them to the field office. They rely on telephone-based service.

11. Many members cannot use the computer-based identify verification system or access their Social Security information on line because they do not computers, and others who do, would require assistance (which would result in a loss of privacy as to their financial affairs).

12. On March 27, 2025 Consumer Voice held a regular meeting of its resident advisory committee. During this meeting advisory committee members, all of whom are residents of long-term care facilities, discussed the problems they are having or anticipate having accessing Social Security Administration services. These include:

- A resident who is currently trying to apply for Social Security Disability for more than 2 weeks and has been unable to speak to a Social Security staff member, or have his application processed, despite calling every other day and leaving messages;

- A resident who needs to change her banking information for Social Security deposits, cannot access the online system, and has been having difficulty arranging transportation with assistance to visit the Social Security office in her area.

- Several residents noted examples of barriers they would face if needing to go to the Social Security office including – lack of transportation from the nursing home, insufficient resources to pay for a handicapped taxi; scheduling uncertainty of transportation and support with uncertainty in how long an appointment would be at the Social Security Office; and lack of staff, family or friends to accompany them to provide necessary assistance

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/28/2025

DocuSigned by:
*Lori Smetanka*
Lori Smetanka

3