IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration, *et al.*, <br><br> *Defendants*. | No. |

## DECLARATION OF JOHN S. WHITELAW

I, John S. Whitelaw, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in ▮▮▮▮▮▮▮▮.

4. I have been the Advocacy Director at Community Legal Society, Inc. (Delaware) since December 2017. Before assuming this role, I have worked as a legal aid attorney and advocate for Social Security beneficiaries for nearly 40 years in several states.

5. For the better part of 15 years, the Commissioner of the Social Security Administration ("SSA") has met regularly with advocates to discuss program outcomes, policy changes, and other relevant issues advocates are hearing from their clients in the field regarding their Social Security benefits. I have attended these meetings for many years. Anywhere from 20

to 40 advocates attended these regular meetings. When Commissioner Martin O'Malley was in his role, this group of advocates sat down with him once per month to hear what we had to say.

6. On or around March 3, 2025, I received an e-mail with an agenda attached to it for a meeting scheduled with Acting Commissioner Leland Dudek for Tuesday, March 4, 2025, at 10:00 AM. This meeting took place in Washington D.C. I attended the meeting in person. I was one of about 20 people who attended the meeting in person with more who joined online via Teams. The people in attendance included SSA personnel and individuals from the usual group of advocates who attended the meetings during Commissioner O'Malley's tenure: representatives from NOSSCR, the American Association of Retired Persons, the ARC, Community Legal Services, and others.

7. Acting Commissioner Dudek made several statements throughout the meeting that confirmed the ways in which Elon Musk and the Department of Government Efficiency ("DOGE") appeared to be directing the actions of the SSA.

8. During the meeting, a concerned advocate mentioned the recent rumors that the SSA would be terminating 50 percent of its staff. Mr. Dudek denied this allegation. Instead, he confirmed that the agency would "only" be cutting 7,000 employees from the 57,000 employee roster. He framed this choice as an element of President Trump's agenda that he had no say in.

9. Dudek said: "I don't want to fire anyone." He added: "A lot of the structural changes that you've seen me make at headquarters, I've had long conversations with the White House about, and the DOGE team. … And that's not to say I don't have some more hard choices to come. The president has an agenda. I'm a political appointee. I need to follow that agenda." At another point in the conversation, he made a similar statement: "I've had to make some tough choices, choices I didn't agree with, but the President wanted it and I did it."

10. His comments illuminated the entanglement between SSA and DOGE, particularly DOGE's orders that Mr. Dudek take certain actions within the SSA. He regularly referred to Elon Musk and other DOGE employees as the "DOGE kids." "I actually like having the kids around," he said, adding that although they were unfamiliar with the "nuances" of Social Security, he wanted advocates like us to give them time. "DOGE people are learning and they will make mistakes, but we have to let them see what is going on at SSA," Mr. Dudek told the group. "I am relying on longtime career people to inform my work, but I am receiving decisions that are made without my input. I have to effectuate those decisions." He further acknowledged that he was taking direction from "DOGE management."

11. In another context, he stated: "I work for the president. DOGE is part of that."

12. He reiterated this concern that DOGE would falter in reforming the SSA: "They're learning. Let people learn. They're going to make mistakes." His emphasis on *them* needing to learn, *their* mistakes—not Mr. Dudek's or other SSA leaders' mistakes—communicated to me that DOGE is behind the recent cuts to SSA's staff and services.

13. I spoke up several times during the meeting, including when Mr. Dudek spoke about shrinking the number of regional SSA offices from 10 to 4 regions. When speaking about regional and field office closures, Mr. Dudek said: "It certainly was done at the administration level. That would have not been my first preference. I think we need to see what's going to happen in terms of fallout."

14. He mentioned a number of other new policies he, the White House, and "DOGE Management" had discussed, including changes to the phone system and requiring appointments at field offices, prohibiting walk-in meetings. When our group of advocates pushed back on some of these policies, he stated in no uncertain terms that he receives his marching orders from DOGE..

15. Acting Commissioner Dudek acknowledged that it was "happenstance" that he was in the position he is. He said that he didn't expect to be running the SSA. This meeting happened on his twelfth day in office. Though he had worked for the SSA for years before his appointment, he did so in a technical role in middle management. Given his lack of experience at any high level SSA policy position, it would shock me if Mr. Dudek himself were directing these major system overhauls and massive staff cuts.

16. Furthermore, it is well known that Mr. Dudek's term will be short-lived. Indeed, at the meeting he said as much. As of March 31, SSA Commissioner nominee Frank Bisignano for Commissioner has testified before the Senate Committee considering his nomination. Given his only recent status as Acting Commissioner, the likely appointment of Mr. Bignano as Commissioner and his almost to all lack of experience in executive management, the great weight of evidence suggests that Acting Commissioner Dudek is not acting independently but rather at the behest of DOGE.

3/30/2025
Date

Signed by:
John Whitelaw
—191740C4843E403…
John S. Whitelaw