IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration*, et al.*, <br><br> *Defendants*. | No. |

### DECLARATION OF GOVERNOR MARTIN O'MALLEY

I, Martin O'Malley, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. The facts set forth in this declaration are based on my knowledge and experience as Commissioner of the Social Security Administration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in Baltimore, Maryland.

4. Between 2007 and 2015, I served as the 61st Governor of Maryland.

5. In 2023, President Joseph Biden nominated me to lead the Social Security Administration ("SSA"). I was confirmed as Commissioner of SSA in December 2023.

6. For nearly ninety years, SSA has served as the backbone of America's commitment to economic security for people with disabilities and elderly people. Established under the Social Security Act, 42 U.S.C. §§ 601 *et seq.*, Congress tasked the Agency with administering benefits to the elderly, unemployed, and disabled.

7. Social Security benefits are funded by two federal trust funds, the Old-Age and Survivors Insurance ("OASI") trust fund pays retirement and survivors benefits, and the Disability Insurance ("DI") trust fund pays disability benefits. *Id.* § 401. Each are funded primarily by payroll tax revenues and represent the federal government's legal obligation to program beneficiaries.

8. In total, SSA administers benefits to more than 73 million people and facilitates over 500 million interactions with the public annually through field offices, customer service centers, and phone-based services.

9. In November 2024, the Agency initiated a new policy of phasing in appointment-based services, moving away from a heavy reliance on walk-in service. This plan was initiated to reduce in-office wait times, streamline service delivery, and improve the overall customer experience. It was always expected that customers could still walk in for an appointment and wait in line if they couldn't or don't want to make an appointment. SSA staff at local offices were directed to be particularly mindful of vulnerable populations, people with disabilities, and other groups needing specialized or immediate attention when they walk in.

10. In the last two months, SSA has taken actions sufficient to create a total collapse of SSA services.

11. In February 2025, the Agency began a campaign to eliminate thousands of positions, the greatest staff reduction in SSA history.

12. On February 24 and 25, 2025, SSA abruptly eradicated two of its most critical offices for ensuring fair treatment and access to services: the Office of Civil Rights and Equal Opportunity ("OCREO") and the Office of [Customer Service] Transformation. These divisions were headed by two of the most effective leaders with whom I have ever had the privilege to serve. Both were widely respected throughout the senior executive service of the Agency.

13. In the midst of these workforce reductions, SSA also announced the closure of numerous offices.

14. Meanwhile, SSA has made a series of policy changes that will greatly increase the burden on field office staff: changing the default withholding for all overpayments from 10% of the beneficiaries' monthly check to 100%, requiring that people in overpayment status go to the field office to set up a livable withholding plan; requiring in-person visits to field offices to change banking information (for those who are not part of my Social Security); requiring in-person identity verification for benefit applications, which will increase field office visits; and requiring in-person field office visits for securing a social security number for non-citizens granted work authorization and newly naturalized U.S citizens, which will additionally increase field office visits by 60,000 to 75,000 people per week.

15. These actions have put the Agency on a path to total system collapse, inability to file applications for benefits, and interruption of benefits. I believe, based on my knowledge, experience, and understanding of Agency systems, that interruption will happen within the next 30 to 90 days.

16. Without their benefits, Social Security recipients are left without what is often their only source of income. Social Security benefits make up 31 percent of all income for people over 65 in the U.S. Among Social Security beneficiaries over 65, over 40 percent of people receive 50 percent or more of their income from Social Security. Among those same beneficiaries, close to 15 percent use Social Security as 90 percent or more of their total income.

17. Interruptions in service can be catastrophic. Getting one's benefits on time is the difference between shelter and eviction, between feeding one's children and not, and between

paying the utility bill or incurring debt. For families who depend on these benefits in whole or in part, service disruptions can be a fast track to homelessness and abject poverty.

18. Two of SSA's primary programs are the Supplemental Security Income program ("SSI") and the Social Security Disability Insurance program ("SSDI").

19. SSI provides income support to needy persons aged 65 or older, blind or disabled adults, and blind or disabled children. In 2022, 85 percent of SSI recipients received payments because of disability or blindness.

20. Today, 7.4 million people receive SSI.

21. SSDI or "Disability Insurance" provides monthly payments to people who have a disability that stops or limits their ability to work. By definition, everyone who receives SSDI has a disability.

22. The number of people receiving SSDI payments has more than doubled in the last 40 years. In 1984, 3.9 million people received SSDI benefits. In 2024, around 8.3 million people received SSDI.

23. The total number of SSA beneficiaries has nearly doubled in that same timeframe. In 1984, SSA provided benefits to 36.4 million people. In 2024, it provided benefits to 68.5 million people.

24. SSA's staffing has been reduced to a fifty-year low, despite the growing demand for SSA benefits. In 1985, SSA employed around 80,000 people—approximately 1 staff member for every 455 beneficiaries. Today, the Trump administration is planning to have a workforce of 50,000 or less within SSA—1 staff member for every 1,460 beneficiaries.

25. Despite the immense output SSA produces, the Agency operates on a budget of less than 1 percent of its annual benefit payments—an overhead level far below comparable private insurers, which operate with 19 percent to 24 percent overheads.

26. Despite the low staffing and all-time high workloads, the Agency in 2024 was able to improve every area of performance with the exception of the backlog at processing centers. But all that progress is being rolled back.

27. In addition to administering SSI and SSDI, SSA also manages enrollment for Medicare Part A and Part B (hospital insurance and medical insurance for outpatient services, respectively). Medicare beneficiaries can include older adults over the age of 65 as well as younger persons who are covered due to disability. Similar to the process of enrolling in SSI and SSDI benefits, Medicare applicants must apply for coverage and, if denied, may appeal their rejected applications. SSA handles the eligibility determinations and initial reconsideration of those decisions, and then refers the case to the Center for Medicare and Medicaid Services ("CMS") for higher level appeals.

28. Each year, SSA typically enrolls over 6 million new customers for Retirement, Survivor, and Medicare programs. Several aspects of the enrollment process require in-person interactions at a SSA field office.

29. To help applicants and beneficiaries manage their information with SSA, the Agency operates a toll-free helpline with an average daily call volume of over 265,000 calls. For many people with disabilities, including older people, using the phone is a much more accessible way of handling benefits, applications, and appeals than using an online mechanism or attending an in-person appointment. Still, reaching an SSA agent is no small feat.

30. Waits for assistance in March 2025 through the toll-free number average 21 minutes, with just a 46.6 percent answer rate. These numbers reflect substantial improvements over prior years.

31. As of January 2025, SSA was operating at historic low staffing levels, with 57,000 employees.

32. Staff are overworked, burnt out, and leaning on limited resources to do the best they can to process claims and appeals and close the gap in service delays.

33. The most service-intensive aspect of SSA's work is evaluating SSI and SSDI claims for disability benefits and appeals from denials of those claims.

34. The chain of staff reviewing SSA benefit claims, hearing officers, and administrative law judges all make up the largest adjudicative body in the United States. But even with all of these personnel dedicated to completing these reviews and appeals, the wait time for decisions is long.

35. The average processing time for an initial disability claim is around 230 days, and an additional seven months for a request for reconsideration.

36. If the claimant disagrees with her claim decision, she can request a hearing with an administrative law judge to appeal. SSA receives as many as 40,000 appeal requests per month. And even when a hearing is granted, it still takes around 280 days to process that appeal. This wait time for an appeal is about half the time it took to process an appeal in 2023—a feat only achieved when Congress appropriated more funding for personnel and resources to help speed up the hearing process. Cutting a significant portion of staff from SSA is certain to undo much of the progress we've made for beneficiaries and applicants.

37. SSA's Chief Actuary estimated that approximately 30,000 people died in 2023 while their application for SSI or SSDI benefits, or both, was pending a decision at the initial level.

38. The connection between staffing and timeliness of benefits determinations is clear. Ten years ago, when SSA had an overhead of 1.2 percent of its benefits payments, it was able to make initial disability determinations in 110 days.

39. All personnel from OCREO and all but six staff of the Office of Transformation have been placed on administrative leave and informed that they will be terminated.

40. OCREO was tasked with handling disability discrimination complaints, reasonable accommodations, civil rights compliance, and ensuring that both SSA employees and claimants received fair and equal treatment under federal law.

41. SSA cannot provide equal access to its programs and services without OCREO. Without these critical personnel, beneficiaries will lack essential protections against discrimination and other violations of their civil rights. No one will be there to let their voice be heard.

42. It is not guesswork to anticipate these harms—they are happening right now to people who cannot file claims, do not have an avenue to amend or assist with their ongoing claims, and are waiting for an ultimate decision on their EEO claims or reasonable accommodation requests. And without replacements in sight, these beneficiaries may be waiting months—if a solution comes about at all—for answers.

43. The Office of [Customer Service] Transformation, with approximately 60 employees, was designed to modernize customer service, reduce processing times, and improve claimant experience, making it easier for beneficiaries to do their business with SSA, not harder.

44. The Trump administration's decision to eliminate the Office of Transformation is perplexing because the component functions came in part from the IT Modernization Plan issued

by SSA Commissioner Andrew Saul when President Trump was in his first term in office. The Office of Transformation expanded this modernization effort, furthering the use of Customer Experience data and driving agency-wide initiatives to keep our progress toward the plan accountable to our goals and deadlines. They brought in new staff to continue the effort toward bringing our technical systems up to date, as a key partner to the Office of the Chief Information Officer and operational and policy teams.

45. Weakening SSA's technologist base is one of the most dangerous decisions SSA has made to date. With malware and other cyber attacks happening with increasing frequency, SSA needs its security systems to be prepared. Given the unmatched volume of sensitive data for nearly every American in its possession, SSA's digital defenses need to be at an all-time high. Furthermore, ensuring SSA.gov's continuous, smooth functionality is what makes the difference between someone getting her benefits on time and not.

46. The Office of Transformation web team's work included modernizing, fixing, maintaining and adding new relevant service pathways to SSA.gov's approximately 200 webpages. These pages featured information about how someone could file a claim, for example, and provided direct access to critical online services, designed in a streamlined way to reduce confusion and save customers time. Without these professionals, there will be decreased access to services customers most need, dead ends in online services, and technical glitches.

47. It is technologists like those in the Office of Transformation that come to the Agency's aid in instances of internet crises. For example, in July 2024, a global IT outage resulting from CrowdStrike's software malfunctions blocked SSA employees from being able to access their online systems and interfered with beneficiaries' ability to manage their online accounts. This outage led to delays in service that were only remedied when our IT personnel could help get the

Docusign Envelope ID: 3E3295AE-6DFC-42DC-A755-A19ADC243EED

Agency back online. SSA's services were down for three days, even with the full strength of our IT teams. Without them, our services could have been stalled for days or weeks.

48. Prior to its dissolution, the Office of Transformation was in the midst of an overhaul of SSA.gov to revolutionize the website and ensure its speedy, user-friendly, reliable means of providing information and services. Now that website renovation and its plans are terminated. And even if SSA could contract with other IT professionals to do the web maintenance previously fulfilled by Office of Transformation staff, no one is in-house at SSA with the expertise and capacity to prioritize and design the new site and coordinate with those contractors who could do that work.

49. Moreover, the constant yo-yo of rollout and retraction for the administration's new policies is, I have no doubt, killing productivity within the Agency.

50. SSA previously estimated that a reduction of just 4,500 employees would increase claim processing times by at least 20 additional days, and add 175,000 more cases to the backlog.

51. By the same math, reducing SSA's workforce by 7,000 could increase claim processing times by at least 31 additional days, and an additional 272,000 backlogged cases.

52. This estimate assumes a linear impact, but, in reality, efficiency losses could, and likely will, compound, meaning that the actual delays and backlog growth will be even worse.

53. Field offices handle over 40 million visits annually, averaging approximately 119,000 daily visits.

54. Field offices serve a variety of purposes. Staff who work in SSA field offices engage with the public on a daily basis, taking claims for benefits, processing applications for social security cards, determining and redetermining eligibility for SSI payments, and initiating continuing disability reviews. SSA encourages in-person field office visits when individuals have

difficulty communicating by telephone, understanding often complex program rules, or have difficulty accessing the internet.

55. SSA field offices play a critical role in the administration of Medicare benefits as well. Certain tasks require in-person visits, including name changes, processing conditional enrollments (where someone pays a premium for Part A benefits), Medicare enrollment outside of the enrollment period (special enrollment), and reinstating Part B benefits after past due premiums are paid.

56. The difficulties that beneficiaries and applicants will experience as a result of proposed cuts are compounded by SSA's recent policy changes that drastically increase the burden on local field offices. These policies include:

   a. Requiring that identify verification by applicants and their representatives for retirement applications be done online through "id.me" or in person at a field office, instead of via telephone. A recent memorandum circulated among SSA staff predicted that the policy would divert many more weekly customers to field offices for identification because customers with disabilities would be unable to complete identity verification requirements online;

   b. No longer allowing people to change their banking information for direct deposits without proving their identities in person or through a two-factor authentication process online;

   c. Limiting or prohibiting Social Security payments to parents of children with disabilities if that parent does not have a Social Security Number ("SSN"), requiring them and/or other representative payees to visit field offices to verify their identification.

    d.  Requiring newly naturalized U.S. citizens and non-citizens authorized to work to visit field offices to obtain a social security number, increasing weekly in-person visits.

    e.  Requiring all field office visits to be prearranged by appointment and generally prohibiting walk-in appointments.

57.    Policies like these will flood the remaining field offices with additional visitors relying on a lower volume of staff, slowing service times and blocking beneficiaries in urgent need from timely help.

58.    These policies are not justified by concerns over possible fraud. SSA already has robust fraud protection and detection measures in place. As a result, from 2015 to 2022, SSA's Inspector General estimated that less than 1 percent of total benefits were improperly paid, which is less than 0.1 percent of the federal budget.

59.    These policies are overburdening field offices, especially those who no longer provide services on a walk-in basis and for which people need to wait an average of a month for an appointment.

60.    SSA lacks the staff to meet existing service demands and the record high numbers of beneficiaries projected to rise for the next ten years ahead, let alone absorb the critical functions of OCREO, the Office of Transformation, and the work of 7,000 employees into other already-overburdened departments.

I declare under penalty of perjury that the foregoing is true and correct.

3/27/2025

Date

DocuSigned by:

Gov. Martin O'Malley