CO-386
10/2018

# United States District Court
# For the District of Columbia

American Association of People With Disabilities, et al.

                        Plaintiff

vs

Leland Dudek, et al.

                        Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Nat'l Comm. to Preserve Social Security and Medicare certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Nat'l Comm. to Preserve Social Security and Medicare which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 424896
BAR IDENTIFICATION NO.

Eve L. Hill
Print Name

120 E. Baltimore Street, Suite 2500
Address

Baltimore, MD 21202
City       State       Zip Code

410-962-1030
Phone Number