IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration, *et al.*, <br><br> *Defendants*. | No. |

### **[PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 65 and 42 U.S.C. § 12188(a)(2), Plaintiffs' Motion for a Preliminary Injunction is hereby GRANTED. This injunction shall be in effect from the date of entry of this Order until the resolution of Plaintiffs' Complaint (ECF No. 1). It is further ORDERED as follows:

(1) Defendants, including their officers, agents, servants, employees, and attorneys (hereafter collectively, "Defendants") shall not terminate any employee of the Social Security Administration ("SSA"), except for cause related to the specific employee's performance or conduct; nor shall Defendants issue any notice of reduction-in-force to any SSA employee;

(2) Defendants shall extend the deadline for leaving the agency for those who accepted the Voluntary Separation Incentive Payment and Deferred Resignation Program offers. The Defendants shall pause all impacted resignations or early retirement-based reductions in staffing and retain staffing levels in place prior to February 12, 2025 to preserve the status quo;

(3)  Defendants are prohibited from further dismantling, reorganizing, diverting funding from, or otherwise interfering with the operations of the SSA's Office of Civil Rights and Equal Opportunity and the Office of Transformation and are enjoined to reinstate those offices;

(4)  Defendants are prohibited from closing or reducing any offices during the pendency of this injunction except for cause related to the health, safety, and security of field office staff and visitors;

(5)  Defendants shall re-open field offices that have been cut as part of Defendants' reduction in workforce initiative;

(6)  Defendants shall stay the implementation of their new policies (a) requiring identity verification to only be done online or in person, and (b) requiring noncitizens granted work authorization and newly naturalized U.S. citizens to visit field offices to obtain social security cards.

**SO ORDERED.**

Dated: _____, 2025

_____
United States District Judge