IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LELAND DUDEK, in his official capacity as Acting Commissioner of the Social Security Administration*, et al.,* <br><br> *Defendants*. | No. 1:25-cv-00977 |

## DECLARATION OF ELIZABETH BEAUMON

I, Elizabeth Beaumon, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the matters stated herein.

3. I reside in ███████████.

4. Until January 20, 2025, I worked for the Social Security Administration ("SSA") as Chief Transformation Officer, a position I held for 19 months.

5. Prior to the formal establishment of the Office of Transformation ("OT"), ownership for key customer facing modernization initiatives was often unclear and progress was stagnant. There was also limited integration of customer experience (CX) journey maps and direct customer feedback data into these projects. Certain offices critical to these efforts were spread throughout the agency and later became part of Office of Transformation's portfolio of responsibilities.

6. In 2023, the Acting Commissioner sought a better way to deliver on the top agency goals, including key digital services initiatives and the critical need to improve customer experience. As a Deputy Commissioner level component, OT initiatives directly reported to the Commissioner on their progress, managing cross-functional teams with regular executive check-ins, and plans that spanned not only technology, but policy and operational implementation. For example, one of my teams was charged with eliminating the need for wet signatures on documents—a policy of the SSA that has caused service delays for years—and enabling e-signatures. The solution also encompassed eliminating unnecessary signatures from forms and uploading evidence needed for SSA claims and services vs. mailing or delivering to an office. Another critical challenge was improvement of SSA's 800 number, part of a broader pattern of communications challenges identified by the Customer Experience team and an Agency Priority Goal. After laying out a vision for an enterprise-wide contact center, to enable massive improvement in operational delivery and flexibility, OT drove the initiative to adopt a new cloud contact center, beginning with the 800 number. These discrete modernization projects, delivered beginning in 2023, helped improve beneficiaries' user experience with SSA.

7. Since May 2023, the Office of Transformation has overseen strategic, enterprise-wide initiatives aimed at enhancing customer experience and modernizing agency operations. It generated analyses of customer service needs, gave operational and structural feedback, and drove solutions that improved services for the SSA and its beneficiaries.

8. As the Office of Transformation's responsibilities expanded, it absorbed offices critical to delivering a strong customer experience across operational silos from other components throughout the agency. The Customer Experience Office and Chief Experience Officer became part of OT in 2023, collecting and analyzing direct customer input, applying it directly to OT-

driven programs, and gaining additional visibility for CX data over time. The team won a 2024 Service to the Citizen Award for its work.

9.  The Chief Business Office ("CBO"), which was previously housed under the Deputy Commissioner of Operations, was also brought into OT. The CBO was originally started by Andrew Saul, the former Commissioner during President Trump's first term in office, and was aimed at improving customer service within the SSA by taking an end-to-end business-level view of services. The CBO had approximately 30 staff members who moved over from Operations. At the time of its move, CBO housed two distinct and critical teams: the Service Design team and the SSA.gov website team. The Service Design team analyzed how SSA services are delivered, including where customers hit roadblocks trying to complete services on web or phone. The web team continued to lead the revitalization of SSA.gov, using user-centered design to make the site far more user-friendly, increasing customer satisfaction and winning awards for its work.

10. The Change Management office, previously housed under the Deputy Commissioner for Analytics, Review, and Oversight ("ARO") as the Enterprise Program Management Office, joined OT as well. Under ARO, this was a group of program managers managing projects and helping set Key Performance Indicators (KPI's) in multiple parts of the agency, including on two enterprise-wide OT initiatives. By bringing them into OT, this office became responsible for executing the Commissioner's action plan, ensuring delivery and accountability across major transformation efforts and quick wins for improving customer service.

11. SSA was putting all of its enterprise-wide experience, design, and oversight under one set of leaders, rather than being dispersed throughout the organization, toward the sole aim of improving the user experience for SSA beneficiaries and applicants. The purpose of this move was bringing together the whole flow of Customer Experience, Service Design, User

Experience/Design into one team, as this is a critical closed loop set of functions in modern digital services development and deployment. Along with Change Management this represented a core set of functions for customer-driven digital transformation.

12. The last stage of the organizational plan for OT to achieve this goal was to move the User Experience team over from the Office of the CIO, as a key pillar in a Product Operating Model being implemented under the leadership of the CIO and myself. This final move was not completed before the transition to the new Administration.

13. In 2024, the Office of Transformation was separated into three critical components: Office of Customer Experience ("OCX"); Office of Change Management ("OCM"); and Office of Experience Design ("OXD").

14. OCX focused on understanding and improving the experiences of SSA beneficiaries by collecting and analyzing customer feedback to drive service improvements. They were responsible for doing direct customer interviews and creating Journey Maps to guide work such as Service Design. The OCX team also owned the main tool SSA uses to centralize customer experience feedback, called Medallia, and were the primary analysts of such data, measuring SSA customer satisfaction down to the field office level as well as across service lines. If the Medallia contract is cancelled, SSA has no way to receive ongoing real-time consumer feedback anymore. That tool and the OCX team allowed us to collect customer data at an unprecedented scale, with more consistency and specificity, and share it across the agency.

15. OCM provided oversight for strategic initiatives requiring significant changes to business processes, policies, and/or information technology, and ensured alignment with transformation objectives. This team housed project managers working across different SSA groups. In doing so, they tracked metrics for agency performance, such as which groups had

completed their assigned tasks or met the goals they were delegated to achieve in pursuing the Commissioner's action plan. Even with a new action plan, these functions are critical, and the agency had a limited number of skilled program managers that could manage at the enterprise level.

16. OXD had been partially completed, as described in Paragraph 12. The Service Design function was the best roadmap at SSA for improving digital delivery. In addition, the Design Lead for the critical Enterprise Contact Center product team, hired into OT to bring key technical skills, was already a part of this team upon its dissolution. OXD also housed the SSA.gov team, designing and managing, the agency's main website. The team that maintained, repaired, and updated information on SSA.gov included 10-12 technologists/designers. While other individuals within the agency have access to edit some of the content on SSA.gov, the Office of Transformation's main work was to update and redesign the most central and frequently used web pages for the website, including pages where people learn how to apply for benefits and begin their journey.

17. Prior to its dissolution, the Office of Transformation employed around 60 SSA personnel. After February 24, 2025, all OT staff were placed on leave, save for a small handful who were reportedly returned to service.

18. Other SSA components are not equipped to take on the roles of the Office of Transformation without appropriately skilled staff.

04/01/2025
Date

Elizabeth Beaumon