IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FRANK BISIGNANO, *in his official capacity as Commissioner of the Social Security Administration, et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-00977-APM |

**PLAINTIFFS' STATEMENT NOTING THE DEATH OF TREVA OLIVERO**

Plaintiff Treva Olivero passed away on May 25, 2025. Under Rule 25(a)(2), "[a]fter a party's death, if the right sought to be enforced survives only to or against the remaining parties, the action does not abate, but proceeds in favor of or against the remaining parties. The death should be noted on the record." Fed. R. Civ. P. 25(a)(2). Plaintiffs learned of Ms. Olivero's death on Sunday, June 8, 2025.

At the time this case was filed, Ms. Olivero was in her late forties and had recently moved to be closer to family given the needs of her health. ECF No. 2-3, Declaration of Treva Olivero ¶3–4. Ms. Olivero's benefits were cancelled in March 2024, leaving her without an income or health insurance. *Id.* ¶ 11. Since then, Ms. Olivero has worked with a consultant from the National Federation of the Blind and her family members to apply and advocate for the reinstatement of her benefits. *Id.* ¶12–14. On information and belief, Ms. Olivero was still fighting to have her benefits reinstated at the time of her death.

Because each of the Individual Plaintiffs and Organizational Plaintiffs bring claims on their own behalf in this case, this case can proceed with the remaining plaintiffs.

Dated: June 11, 2025                               Respectfully submitted,

                                            */s/ Eve L. Hill*
Eve L. Hill (DC Bar No. 424896)
Anthony J. May (Admitted *Pro Hac Vice*)
**BROWN, GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
ehill@browngold.com
amay@browngold.com

Regan Bailey (DC Bar No. 465677)
Liam McGivern (Admitted *Pro Hac Vice*)
**JUSTICE IN AGING**
1444 Eye Street, N.W., Suite 1100
Washington, DC 20005
Tel.: (202) 289-6976
rbailey@justiceinaging.org
lmcgivern@justiceinaging.org

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing ("NEF") to all attorneys of record.

                                           */s/ Eve L. Hill*
                                           Eve L. Hill (DC Bar No. 424896)

                                           *Counsel for Plaintiffs*