IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK BISIGNANO, *in his official capacity as Commissioner of the Social Security Administration*, *et al.*, <br><br> Defendants. | No. 25-cv-977 (APM) |

**DEFENDANTS' CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants respectfully request that the Court extend their time to respond to Plaintiffs' complaint by one week, from Friday, June 13, 2025 to Friday, June 20, 2025. Defendants have conferred with Plaintiffs, who consent to the request. Good cause supports this request, as explained below.

1. Plaintiffs filed suit in this case on April 2, 2025 (ECF No. 1), and that same day, filed a filed a Motion for Preliminary Injunction (ECF No. 2). Briefing on the Motion for Preliminary Injunction (and the related Motion for Leave to File Supplemental Declarations) concluded on May 1, and the Court denied the Motion for Preliminary Injunction on May 6, 2025. (ECF No. 34.). Plaintiffs effected service of their complaint on the U.S. Attorney for the District of Columbia on April 4, 2025 (ECF No. 15), and Defendants' answer or response was originally due on June 3, 2025 (*see* Fed. R. Civ. P. 12(a)(2)).

2. On May 29, 2025, Defendants filed a consent motion for a 10-day extension of this deadline, based on the demands of emergency motions and related deadlines in other

1

cases handled by Defendants' counsel.  *See* ECF No. 35.  The Court granted that consent motion by Minute Order dated June 2, 2025, and presently, the answer or response is due on June 13, 2025.

3. Defendants have been diligently preparing a motion to dismiss the complaint, which raises seven claims for relief, several of which were not addressed in earlier briefing.  But the continued unexpected demands of other time-sensitive litigation matters handled by Defendants' counsel have impeded their ability to complete a response by the current deadline.  As previously noted, Defendants' counsel's component of the Civil Division of the U.S. Department of Justice is facing an unusually large caseload of additional emergency motions.  Among other matters, in one such case, preliminary relief entered last week required Defendants' counsel to devote substantial time to compliance measures and reporting requirements only recently completed.  In addition, undersigned counsel's supervisor on this matter has unexpectedly been out on medical leave for much of this week.

4. The requested 7-day extension[1] should afford undersigned counsel the necessary time to complete their motion to dismiss and provide time for supervisory review.

5. As noted above, pursuant to Local Civil Rule 7(m), Defendants' counsel has conferred with Plaintiffs' counsel regarding this motion, and Plaintiffs consent to the extension request.

6. There are no other existing deadlines that this consent motion will affect.

---

[1] Thursday, June 19 is a federal holiday.

2

7. Accordingly, Defendants respectfully request that the Court extend their time to respond to the complaint by seven days, from Friday, June 13, 2025, to Friday, June 20, 2025. A proposed order is attached.

DATED: June 12, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar No. 6184303)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

*Counsel for Defendants*