IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*,

Plaintiffs,

v.

FRANK BISIGNANO, *in his official capacity as Commissioner of the Social Security Administration*, *et al.*,

Defendants.

No. 25-cv-977 (APM)

**DEFENDANTS' MOTION FOR ENTRY OF A BRIEFING SCHEDULE**

Defendants respectfully request, with Plaintiffs' consent, entry of an agreed-upon schedule that extends the default deadlines for the briefing of a motion to dismiss Plaintiffs' amended complaint, and in support state:

1.  Plaintiffs filed their original complaint and a preliminary injunction motion on April 2. ECF Nos. 1–2. After the Court denied that motion, ECF No. 34, Defendants moved to dismiss the complaint on June 20, ECF No. 38.[1] Plaintiffs then filed an amended complaint on July 7, ECF No. 40, and the Court denied the motion to dismiss as moot.

2.  Defendants have been diligently preparing a motion to dismiss the amended complaint, which modifies Plaintiffs' claims for relief and purports to present new standing allegations. But the continued unexpected demands of other time-sensitive litigation matters handled by Defendants' counsel have impeded their ability to complete a response by the default deadline. As previously noted, *see* ECF No. 37, Defendants' counsel's component of the Civil Division of the U.S. Department of Justice is facing an unusually large caseload of emergency

---

[1] Defendants obtained two extensions of time, totaling 17 days, to file their original motion to dismiss. *See* ECF Nos. 35, 37.

1

motions. The requested 18-day extension of the default deadline, from July 21 to August 8, 2025, should afford undersigned counsel the necessary time to complete their motion to dismiss the amended complaint and provide time for supervisory review.

3. Pursuant to Local Civil Rule 7(m), Defendants' counsel conferred with Plaintiffs' counsel regarding this motion and to discuss a schedule for briefing Defendants' forthcoming motion to dismiss. The parties have agreed on the following proposed schedule, subject to the Court's approval, and Plaintiffs consent to its entry:

- Defendants' motion to dismiss the amended complaint shall be filed by August 8, 2025;
- Plaintiffs' opposition shall be filed by September 12, 2025;
- Defendants' reply shall be filed by September 26, 2025.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter the briefing schedule set out above.

DATED: July 21, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar No. 6184303)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK BISIGNANO, *in his official capacity as Acting Commissioner of the Social Security Administration*, *et al.*,<br><br>Defendants. | No. 25-cv-977 (APM) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time and Entry of Briefing Schedule, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Defendants shall file their motion to dismiss Plaintiffs' amended complaint by August 8, 2025; Plaintiffs shall file their opposition by September 12, 2025; and Defendants shall file their reply by September 26, 2025.

SO ORDERED.

Dated: _____  _____
Honorable Amit P. Mehta
United States District Judge