IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRANK BISIGNANO, *in his official capacity as Commissioner of the Social Security Administration*, *et al.*,<br><br>    Defendants. | No. 25-cv-977 (APM) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby respectfully move to dismiss Plaintiffs' First Amended Complaint, ECF No. 40, for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. The reasons supporting this motion are set forth in the accompanying memorandum. A proposed order is attached.

DATED: August 13, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven M. Chasin*
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar No. 6184303)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

1

2

Email: Steven.M.Chasin2@usdoj.gov   Tel: (202) 305-0747
Email:  Pierce.Anon@usdoj.gov   Tel: (202) 305-7573

*Counsel for Defendants*