IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> FRANK BISIGNANO, *in his official capacity as Commissioner of the Social Security Administration*, *et al.*, <br><br>  Defendants. | No. 25-cv-977 (APM) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants respectfully request a three-week extension of time, from October 1 to 22, 2025, to file their reply in support of their motion to dismiss Plaintiffs' amended complaint. Defendants have conferred with Plaintiffs, who consent to this request. Good cause supports this motion, as explained below:

1. Plaintiffs filed their original complaint and a preliminary injunction motion on April 2, 2025. ECF Nos. 1-2. The Court denied that motion, ECF No. 34, and Defendants moved to dismiss the complaint on June 20, ECF No. 38. Plaintiffs then filed an amended complaint on July 7, ECF No. 40, and the Court accordingly denied Defendants' motion to dismiss as moot.

2. Defendants moved to dismiss the amended complaint on August 13, ECF No. 46, and Plaintiffs filed their opposition on September 17, ECF No. 47. Under the current briefing schedule, ECF No. 45, Defendants' reply is due on October 1.

3. Since Plaintiffs' opposition was filed on September 17, undersigned counsel with principal responsibility for this case has been fully occupied with a family emergency and other

1

work obligations that were not anticipated when the current briefing schedule was entered. Specifically, his elderly mother experienced a medical emergency, which involved an emergency room visit and admission to the hospital. As her caretaker in the days since, lead undersigned counsel has been unable to dedicate sufficient time to preparing Defendants' reply brief.

4. In addition, the demands of other litigation matters have impeded undersigned counsel's ability to complete a response by the current deadline. For example, lead undersigned counsel has a summary judgment motion in another case due on October 10, and Defendants' other counsel has been immersed in several court filings over the past two weeks and related time-sensitive case matters. The requested extension to October 22 should afford undersigned counsel the necessary time to complete Defendants' reply and provide time for supervisory review.

5. No other deadlines have been set in this case, so the requested extension will not otherwise impact these proceedings.

6. Pursuant to Local Civil Rule 7(m), on September 29, Defendants' counsel contacted Plaintiffs' counsel regarding this motion. Plaintiffs consent to the requested extension.

WHEREFORE, Defendants respectfully request that the Court grant this motion and extend Defendants' deadline to file their reply in support of the motion to dismiss the amended complaint from October 1 to 22, 2025.

DATED: September 30, 2025                Respectfully submitted,

                                                            BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

/s/ Steven M. Chasin
STEVEN M. CHASIN
PIERCE J. ANON (N.Y. Bar No. 6184303)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

*Counsel for Defendants*