AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Association of People with Disabilities, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Leland Dudek, et al. ) <br> *Defendant* ) | Case No. 1:25-cv-00977 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 03/02/2026

*Attorney's signature*

Samantha Westrum (DC Bar No. 90041636)
*Printed name and bar number*

Brown, Goldstein & Levy LLP
120 E. Baltimore Street, Suite 2500
Baltimore, MD 21202
*Address*

swestrum@browngold.com
*E-mail address*

(410) 962-1030
*Telephone number*

(410) 385-0869
*FAX number*