**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, *et al.*,**

**Plaintiffs,**

**v.**

**FRANK BISIGNANO,** *in his official capacity as Commissioner of the Social Security Administration*, ***et al.***,[1]

**Defendants.**

**Case No. 25-cv-00977 (APM)**

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 57, Defendants' Motion to Dismiss, ECF No. 46, is granted. This action is hereby dismissed.

This is a final, appealable order.

Dated: October 9, 2026

Amit P. Mehta
United States District Judge

[1] The court substitutes Frank Bisignano, Commissioner of SSA, for Leland Dudek, the past Acting Commissioner. *See* Fed. R. Civ. P. 25(d).